FILED
OCT 16 2025
Clerk, US District Court
District of Montana - Billings

THOMAS GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 25-130-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PROHIBITED PERSON IN POSSESSION OF A FIREARM |
| DAMIAN SCOTT STREVER, | Title 18 U.S.C. § 922(g)(1) (Penalty: 15 years of imprisonment, $250,000 fine and three years of supervised release) |
| Defendant. | CRIMINAL FORFEITURE Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about July 15, 2025, at or near Billings, within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, DAMIAN SCOTT

1

STREVER, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

FORFEITURE ALLEGATION

If convicted of the offense in this indictment, the defendant, DAMIAN SCOTT STREVER, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
/a/ CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney